# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>              Plaintiff,                         )<br>                                                              )<br>       vs.                                               )<br>                                                              )<br>TROY JOSEPH SPRINGER,             )<br>                                                              )<br>              Defendant.                      )<br>                                                              ) | 4:07CR3038<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

1) The above-named defendant shall be detained until further order.

2) A preliminary hearing will be held on July 13, 2012 at 11:00 a.m. before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

July 3, 2012                                                BY THE COURT:

                                                                   *s/Cheryl R. Zwart*
                                                                   United States Magistrate Judge